# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIE CAULEY

NO. 2020 KW 0372

**JUNE 19, 2020**

---

In Re:    Willie Cauley, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          601,363.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

    **WRIT DENIED AS MOOT.**  The records of the St. Tammany Parish
Clerk of Court's office reflect that on May 1, 2020, the
district court reduced relator's bond and placed him on house
arrest with electronic GPS monitoring, pending the outcome of
his trial.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.